IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00217 |
| | ) | |
| RODNEY HENRY | ) | |

**O R D E R**

It is hereby ORDERED that a bail review/detention hearing is scheduled for **1:00 p.m., Thursday, July 31, 2014**, in Courtroom No. 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. Counsel for both the defendant and the Government have advised that they are available at this time.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge