IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:12-cr-00217 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| RODNEY HENRY | ) | |

## ORDER

The sentencing hearing in this action currently set for Monday, May 18, 2015 at 10:00 a.m. in the United States Courthouse in Nashville, Tennessee is hereby reset for **Monday, May 18, 2015 at 2:00 p.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 11 day of May, 2015.

WILLIAM J. HAYNES, JR.
United States District Judge